IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DANIEL R. LOZIER, II, | ) |
| Plaintiff, | ) |
| vs. | ) |
| QUINCY UNIVERSITY CORPORATION and BRIAN HOLZGRAFE, | ) |
| Defendants. | ) No. 3:18-cv-03077-SEM-TSH |
| BRIAN HOLZGRAFE, | ) |
| Counter-Plaintiff | ) |
| vs. | ) |
| DANIEL R. LOZIER, II, | ) |
| Counter-Defendant. | ) **DEFENDANT/COUNTER-PLAINTIFF DEMANDS TRIAL BY JURY.** |

**DEFENDANT/COUNTER-PLAINTIFF BRIAN HOLZGRAFE'S COUNTERCLAIMS AGAINST PLAINTIFF/COUNTER-DEFENDANT DANIEL R. LOZIER, II**

NOW COMES Defendant/Counter-Plaintiff, Brian Holzgrafe, by and through his attorneys, HeplerBroom, LLC, and for his counterclaims against Plaintiff/Counter-Defendant, Daniel R. Lozier, II, states as follows:

**INTRODUCTION**

1. Defendant/Counter-Plaintiff, Brian Holzgrafe, ("Counter-Plaintiff") brings his counterclaims against Plaintiff/Counter-Defendant, Daniel R. Lozier, II, ("Counter-

Defendant") because of Counter-Defendant's malicious conduct in defaming Counter-Plaintiff and casting Counter-Plaintiff in a false light in an attempt to damage Counter-Plaintiff's character and reputation in the community, in his profession, and at home. As a result of Counter-Defendant's conduct, Counter-Plaintiff has suffered emotional distress, humiliation, and damage to his reputation.

## JURISDICTION

2. This Court has supplemental jurisdiction over Counter-Plaintiff's state law claims alleged herein pursuant to 28 U.S.C. §1367(a) and Fed. R. Civ. P. Rule 13(a).

3. Counter-Plaintiff's defamation and false light claims are not barred by the applicable statute of limitations pursuant to Section 13-207 of the Illinois Code of Civil Procedure, 735 ILCS 5/13-207.

## PARTIES

4. Counter-Plaintiff is a resident of the State of Illinois and, at all times relevant hereto, was the Head Tennis Coach for the Men's and Women's Tennis Program at Quincy University.

5. Counter-Defendant is a citizen of the United States and, at all times relevant hereto, was enrolled as a student at Quincy University and was a member of the Men's Tennis Program under Counter-Plaintiff.

## COUNT I – DEFAMATION

6. Counter-Plaintiff restates and realleges paragraphs 1 through 5 as if fully set forth herein.

7. In early April 2017, Counter-Defendant knowingly and intentionally made false allegations against Counter-Plaintiff to his mother, Cindy Lozier, and at least two student-athletes, one male and one female. The allegations falsely stated that Counter-Plaintiff had sexual relations with a female student tennis player, that another female student tennis player left the program because of inappropriate advances made by Counter-Plaintiff, and that he had a history of sexual misconduct with other female tennis players.

8. On or about April 8, 2017, Cindy Lozier, Counter-Defendant's mother, repeated the false statements to one or more parents of other Quincy University student tennis players and other tennis players. She also claimed that Counter-Plaintiff would be out as Head Tennis Coach within two weeks.

9. The defamatory statements made by Counter-Defendant were made for the purpose of damaging Counter-Plaintiff's character, reputation, and career, and to have him removed as Head Tennis Coach.

10. Counter-Defendant's false statements are defamatory *per se* and, as a proximate result, Counter-Plaintiff suffered emotional distress, humiliation, and damage to his character and reputation in his home, his community, and his profession as a coach.

11. Counter-Defendant's actions were done willfully, maliciously, outrageously, deliberately, and purposefully with the intent to damage Counter-Plaintiff or with such reckless disregard or callous indifference to the high probability that his actions would cause Counter-Plaintiff severe emotional distress, and damage to Counter-Plaintiff's character, reputation, and professional standing.

WHEREFORE, Defendant/Counter-Plaintiff, Brian Holzgrafe, respectfully prays for judgment against Plaintiff/Counter-Defendant, Daniel R. Lozier, II, for compensatory, special, and punitive damages in a total sum in excess of ten millions dollars ($10,000,000.00), plus attorneys' fees (if applicable) and costs of suit on such judgment pursuant to Fed. R. Civ. P. Rule 54, and any other legal or equitable relief this Court deems just and appropriate.

## COUNT II – FALSE LIGHT/INVASION OF PRIVACY

12. Counter-Plaintiff restates and realleges paragraphs 1 through 11 as if fully set forth herein.

13. Counter-Defendant's actions of publishing the false statements placed Counter-Plaintiff in a false light in the public and his profession as an adulterer and a predator of young women under his charge Head Tennis Coach at Quincy University.

14. The false light created by Counter-Defendant would be highly offensive to a reasonable person.

15. Counter-Defendant acted with malice.

WHEREFORE, Defendant/Counter-Plaintiff, Brian Holzgrafe, respectfully prays for judgment against Plaintiff/Counter-Defendant, Daniel R. Lozier, II, for compensatory, special, and punitive damages in a total sum in excess of ten millions dollars ($10,000,000.00), plus attorneys' fees (if applicable) and costs of suit on such judgment pursuant to Fed. R. Civ. P. Rule 54, and any other legal or equitable relief this Court deems just and appropriate.

**DEFENDANT/COUNTER-PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully submitted,
Brian Holzgrafe, *Defendant/Counter-Plaintiff*

By:   /s/ *Lance T. Jones*
    One of his Attorneys

Lance T. Jones, #6188153
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711
Telephone: (217) 528-3674
Facsimile: (217) 528-3964
ltj@heplerbroom.com


# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel/parties of record below:

Patrick J. Sheehan, III
William Patrick Sheehan
SHEEHAN & SHEEHAN LAWYERS, P.C.
1214 South 8th Street
Springfield, IL 62703
jr@sheehanlaw.net
wps@sheehanlaw.net
*Attorney for Plaintiff*

Donald M Craven
CRAVEN LAW OFFICE
1005 N Seventh St
Springfield, IL 62702
dmcraven@aol.com
*Attorney for Plaintiff*

Denise Baker-Seal
BROWN & JAMES PC
Richard Plaza I, Suite 200
525 W. Main Street
Belleville, IL 62220
dseal@bjpc.com
*Attorney For Quincy University Corporation*

John E Cassidy, III
CASSIDY & MUELLER
323 Commerce Bank Bldg.
416 Main St
Peoria, IL 61602
jcassidy@cassidymueller.com
*Attorney For Brian Holzgrafe*

*/s/ Lance T. Jones*