# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| DANIEL R. LOZIER, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 3:18-cv-03077-SEM-TSH |
| ) | |
| QUINCY UNIVERSITY CORPORATION ) | |
| and BRIAN HOLZGRAFE, ) | |
| ) | |
| Defendants. | |

## MOTION FOR CLARIFICATION OR RECONSIDERATION

Plaintiff, Daniel R. Lozier, II ("Lozier") hereby moves for clarification and/or reconsideration of the Court's Order (Docket Entry #94).

On April 13, 2022, the Court entered an Order concerning multiple pending Motions, including a Motion to Dismiss Certain Claims (Docket Entry #85). Lozier specifically requests clarification, or reconsideration as is necessary, regarding whether the two claims that were the subject of that Motion were dismissed with or without prejudice.

On February 21, 2022, a Motion to Dismiss Certain Claims sought dismissal of the following claims with prejudice:

1. Count I against Quincy University;

2. Count II against Quincy University ;

3. Count III against Quincy University only;

4. Count V against Quincy University;

5. Count VI against Quincy University;

6. Count VIII against Quincy University only;

7. Count IX against Quincy University and Brian Holzgrafe;

8. Count XI against Quincy University; and

9. Count XII against Quincy University.

That Motion was granted, and those claims were dismissed <u>with</u> prejudice, as requested.

On March 23, 2022, Lozier filed the Motion for which he seeks clarification, and/or reconsideration (Docket Entry #85). That Motion sought dismissal of the following claims <u>without</u> prejudice:

1. Plaintiff's Count III against Brian Holzgrafe; and

2. Plaintiff's Count VIII against Brian Holzgrafe.

While the Court's April 13, 2022 Order states Plaintiff's Motion to Dismiss (Docket Entry #85) is GRANTED (Page 1) and states that dismissal "*as requested* in Plaintiff's Motions (d/e 68 & 85) is appropriate," the Order also references dismissal of all counts "with prejudice." *See* Pg 8 of Docket Entry #94 (emphasis added).

As such, Lozier respectfully seeks clarification confirming that the Court's Order resulted in dismissal of Lozier's Counts III and VIII against Brian Holzgrafe without prejudice as requested in d/e 85.

Dated: April 14, 2022         */s/ Donald M. Craven*
                              Donald M. Craven #6180492
                              Donald M. Craven, P.C.
                              1005 North Seventh Street
                              Springfield, IL 62702-3918
                              dmcraven@aol.com; don@cravenlawoffice.com;
                              maralee@cravenlawoffice.com
                              **(Co-Counsel for Plaintiff)**

## CERTIFICATE OF SERVICE

      I, the undersigned, on April 14, 2022, electronically filed this document with the United States District court, Central District of Illinois which will send electronic notification to each of the following:

      */s/ Maralee Hanners*

Lance T. Jones
HeplerBroom, LLC
4340 Acer Grove Dr
Springfield, IL 62711
ltj@heplerbroom.com
**Attorney for Brian Holzgrafe**

John E. Cassidy, III
Cassidy & Mueller, P.C.
416 Main Street, Suite 323
Peoria, IL 62602
jcassidy@cassidymueller.com
**Attorney for Brian Holzgrafe**

Denise Baker-Seal
BROWN & JAMES PC
Richard Plaza I, Suite 200
525 W. Main Street
Belleville, IL 62220
dseal@bjpc.com
**Attorney For Quincy University Corporation**

Mr. Patrick J. Sheehan, III, #6317916
Mr. William P. Sheehan, #6327880
Sheehan & Sheehan, Lawyers, P.C.
1215 South 4th Street, Suite A
Springfield, IL 62703
jr@sheehanlaw.net
wps@sheehanlaw.net
**Counsel for Plaintiff**