IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DANIEL R. LOZIER, II,

    Plaintiff,

vs.

QUINCY UNIVERSITY CORPORATION
and BRIAN HOLZGRAFE,

    Defendants.                                Case No.: 3:18-cv-3077-SEM-KLM

---

BRIAN HOLZGRAFE,

    Counter-Plaintiff,

vs.

DANIEL R. LOZIER, II,

    Counter-Defendant

## CERTIFICATE OF SERVICE

I, Clinton S. Turley, of McCausland Barrett & Bartalos P.C., attorney for Counter-Defendant, hereby certify that **Counter-Defendant Daniel R. Lozier, II's Response to Counter-Plaintiff Brian Holzgrafe's Second Set of Interrogatories** and **Counter-Defendant Daniel R. Lozier, II's Response to Counter-Plaintiff Brian Holzgrafe's Second Request for Production** were sent in PDF Format, via email to: Lance T. Jones of HeplerBroom, LLC at ltj@heplerbroom.com and at wps@sheehanlaw.net on the 1st day of December 2023.

                            **McCAUSLAND BARRETT & BARTALOS P.C.**

                            */s/ Clinton S. Turley*
                            Clinton S. Turley                    #6337390
                            225 South Meramec Avenue, Suite 325
                            Clayton, MO 63105
                            314-548-0300/FAX 314-639-9300
                            cturley@mbb-lawfirm.com
                            ATTORNEY FOR COUNTER-DEFENDANT
                            DANIEL R. LOZIER, II

I hereby certify that a copy of the above
and foregoing was electronically delivered
by the Court on this 1st day of December 2023 to:

Lance T. Jones #6188153
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711
(217) 528-3674 (217) 528-3964 (Fax)
ltj@heplerbroom.com
wps@sheehanlaw.net
ATTORNEY FOR COUNTER-PLAINTIFF


*/s/ Clinton S. Turley*
Clinton S. Turley
For the Firm