IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DANIEL R. LOZIER, II,

    Plaintiff,

vs.

QUINCY UNIVERSITY CORPORATION
and BRIAN HOLZGRAFE,

    Defendants.                               Case No.: 3:18-cv-3077-SEM-KLM

---

BRIAN HOLZGRAFE,

    Counter-Plaintiff,

vs.

DANIEL R. LOZIER, II,

    Counter-Defendant

## CERTIFICATE OF SERVICE

I, Clinton S. Turley, of McCausland Barrett & Bartalos P.C., attorney for Counter-Defendant, hereby certify that **Counter-Defendant Daniel R. Lozier, II's First Amended Responses to Counter-Plaintiff Brian Holzgrafe's Second Interrogatories** was sent in PDF Format, via email to: Lance T. Jones of HeplerBroom, LLC at ltj@heplerbroom.com on the 4th day of December 2023.

                                          **McCAUSLAND BARRETT & BARTALOS P.C.**

                                          */s/ Clinton S. Turley*
                                          Clinton S. Turley          #6337390
                                          225 South Meramec Avenue, Suite 325
                                          Clayton, MO 63105

          314-548-0300/FAX 314-639-9300
          cturley@mbb-lawfirm.com
          ATTORNEY FOR COUNTER-DEFENDANT
          DANIEL R. LOZIER, II

I hereby certify that a copy of the above and foregoing was electronically delivered by the Court on this 4th day of December 2023 to:

Lance T. Jones #6188153
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711
(217) 528-3674 (217) 528-3964 (Fax)
ltj@heplerbroom.com
ATTORNEY FOR COUNTER-PLAINTIFF

*/s/ Clinton S. Turley*
Clinton S. Turley
For the Firm