IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN HOLZGRAFE, | ) |
| | ) |
| Counter-Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:18-cv-03077-SEM-TSH |
| | ) |
| DANIEL R. LOZIER, II, | ) |
| | ) |
| Counter-Defendant. | ) |

**COUNTER-PLAINTIFF BRIAN HOLZGRAFE'S
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

NOW COMES Counter-Plaintiff, Brian Holzgrafe ("Holzgrafe"), by and through his undersigned counsel, and pursuant to Local Rule 5.10(A)(2), moves for leave to file documents under seal for the following reasons:

1. The Court entered the parties' Stipulated Protective Order (Doc. #38) on April 10, 2019, which requires the parties to protected information that is designated as "confidential" under the terms of the Order. Dkt. 38 at 5 and 7.

2. Holzgrafe's Motion *In Limine* No. 1 to Exclude Any Testimony and Evidence Relating to Unrelated Claims by Counter-Defendant Daniel R. Lozier, II ("MIL #1") contains and/or discusses confidential information that should be kept non-public. A redacted, publicly available copy will be filed in addition to an unredacted copy filed under seal.

3. In connection with Holzgrafe's MIL #1, Holzgrafe is submitting the following documents as exhibits to that response, which one or all of the parties have designated confidential and/or contain or discuss information that should be kept non-public:

   a. Exhibit A – A report designated as confidential by Quincy University and produced in discovery which contains extensive confidential information and should remain confidential. (Exhibit A will be filed under seal in unredacted form and a placeholder will be filed with MIL #1.)

   b. Exhibit B – Daniel Lozier's Rule 26(a)(3) Pre-Trial Disclosures, which contains personal identifiable information that should be kept non-public and has confidential information pursuant to the protective order which should remain confidential. (Exhibit B will be filed under seal in unredacted form and filed publicly in redacted form.)

   c. Exhibit C – The cited pages of the deposition of Wyatt Pauley, which contains extensive confidential information pursuant to the protective order which should remain confidential. (Exhibit C will be filed under seal in unredacted form and a placeholder will be filed with MIL #1.)

   d. Exhibit D – The cited pages of the deposition of Cindy Lozier, which contains extensive confidential information pursuant to the protective order which should remain confidential. (Exhibit D will be filed under seal in unredacted form and a placeholder will be filed with MIL #1.)

   e. Exhibit E - The cited pages of the deposition of Danyil Vayser, which contains extensive confidential information pursuant to the protective order which should remain confidential. (Exhibit E will be filed under seal in unredacted form and a placeholder will be filed with MIL #1.)

   f. Exhibit F – Text messages bates labeled QU 00166 – 0171 that were produced and designated as confidential by Quincy University and

which contain extensive confidential information pursuant to the protective order which should remain confidential. (Exhibit F will be filed under seal in unredacted form and a placeholder will be filed with MIL #1.)

4. Holzgrafe respectfully requests that the Court grant him leave to file the above-described documents under seal.

5. Holzgrafe will contemporaneously provide unredacted copies of the above-described documents via e-mail to the attorneys of record in the attached Certificate of Service.

WHEREFORE Counter-Plaintiff Brian Holzgrafe respectfully requests that the Court grant Holzgrafe leave to file unredacted copies of above-described documents under seal.

> Respectfully submitted,
> BRIAN HOLZGRAFE, *Counter-Plaintiff*
>
> By:  /s/ *Lance T. Jones*
>       One of his Attorneys

Lance T. Jones, #6188153
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711
T:  (217) 528-3674
F:  (217) 528-3964
ltj@heplerbroom.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel/parties of record below:

Clinton S. Turley
McCausland Barrett & Bartalos P.C.
222 South Meramec Ave., Suite 325
Clayton, MO 63105
cturley@mbb-lawfirm.com
*Attorneys for Daniel R. Lozier, II*

/s/ Lance T. Jones