**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

BRIAN HOLZGRAFE,

   Counter-Plaintiff,       Case No.: 3:18-cv-3077-SEM-KLM

vs.

DANIEL R. LOZIER, II,

   Counter-Defendant

## JOINT NOTICE OF AVAILABILITY FOR PRETRIAL CONFERENCE

Pursuant to the Court's January 26, 2024 Text Order, the parties jointly submit their availability for a Pretrial Conference:

1. March 4 and 6 with a start time of 11:00 a.m. or later.

        Respectfully submitted,

        By: /s/ *Lance T. Jones*
        Lance T. Jones, #6188153
        HeplerBroom, LLC
        4340 Acer Grove Drive
        Springfield, IL 62711
        T: (217) 528-3674
        F: (217) 528-3964
        ltj@heplerbroom.com
        ATTORNEY FOR COUNTER-PLAINTIFF
        BRIAN HOLZGRAFE

        **McCAUSLAND BARRETT & BARTALOS P.C.**

        */s/ Clinton S. Turley*
        Clinton S. Turley, #6337390
        225 South Meramec Avenue, Suite 325
        Clayton, MO 63105
        314-548-0300/FAX 314-639-9300
        cturley@mbb-lawfirm.com
        ATTORNEY FOR COUNTER-DEFENDANT
        DANIEL R. LOZIER, II