IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRIAN HOLZGRAFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-cv-3077 |
| ) | |
| DANIEL LOZIER, II ) | |
| ) | |
| ) | |
| Defendants. ) | |

ORDER

**SUE E. MYERSCOUGH, United State District Judge**

This Order summarizes the Court's rulings at the final pretrial conference conducted on March 1, 2024.

I.  **Preliminary Jury Instructions**

The Court will provide the parties an updated version of the Court's Proposed Preliminary Instructions, correcting a typo on page 18 and adding the definition of clear and convincing evidence to the burden of proof section. The parties are instructed to file, on or before March 12, 2024, any suggested change to the "Summary of Case and Law" section. Additionally, the parties are ordered to inform the Court in writing signed by counsel, whether their clients agree to the jury

asking questions during witness testimony on or before March 12, 2024.

## II. In Trial Jury Instructions

The Court did not make rulings on the record as to the Parties' Joint Proposed Jury Instructions (d/e 161-6). Those rulings are as follows:

- Joint 1, 6 and 10 are refused
- Joint 2-5, 7-9, and 11-22 are given with no objection
- Plaintiff's Proposed Instructions 1-3 are given
- Plaintiff's Proposed Instruction 4A is given over objection, once the paragraph from Defendants Proposed Instruction 7 is added
- Plaintiff's Proposed Instruction 5 is withdrawn and will be resubmitted as 5A
- Plaintiff's Proposed Instruction 6 is refused
- Plaintiff's Proposed Instruction 7 is given over objection, and the Court will provide a proposed burden of proof instruction
- Plaintiff's Proposed Instructions 8 and 9 are withdrawn
- Court reserves ruling on Defendant's Proposed Instruction 1
- Defendant's Proposed Instructions 2, 3 and 4 are refused
- Defendant's Proposed Instruction 5A is given with no objection with the edit "trail" to "trial"
- Defendant's Proposed Instructions 6 and 7 are refused
- Defendant's Proposed Instruction 8A is given with the edit "sue" to "use"
- Defendant's Proposed Instruction 9 is refused
- Defendant's 10 is given with no objection

## III. Plaintiff's Motions in Limine (d/e 157)

The Court GRANTS in part and DENIES in part Plaintiff's Motions in Limine (d/e 157) as follows:

Plaintiff's First Motion in Limine: The Court DENIES this motion, and Plaintiff may raise this motion again during trial.

Plaintiff's Second Motion in Limine: The Court GRANTS this motion. Defendant does not object to barring any mention of Daniel Lozier, II's medical condition.

Plaintiff's Third Motion in Limine: The Court DENIES this motion.

Plaintiff's Fourth Motion in Limine: The Court GRANTS this motion with no objection by Defendant, but any objection may be raised again at trial.

Plaintiff's Fifth Motion in Limine: This motion is GRANTED with no objection by Defendant.

Plaintiff's Sixth Motion in Limine: The Court RESERVES as to this Motion. Plaintiff is ORDERED to provide a redacted copy of the investigative report at issue to the Court, on or before, March 12, 2024.

IV. **Defendant's Motions in Limine (d/e 127, 159, 160)**

The Court GRANTS in part and DENIES in part Defendant's Motions in Limine (d/e 127, 159, 160) as follows:

Defendant's First Motion in Limine: The Court RESERVES in part and DENIES in part this Motion, as there are multiple subsets.

- Barring evidence of republication by Ms. Lozier to Quincy University: DENIED. The Court will allow evidence of Cindy Lozier's statement to Quincy University officials.

- Barring evidence of republication by Abbey Moore: DENIED. The Court will allow evidence of Abbey Moore's republications to her friend and Plaintiff Holzgrafe.

- Barring evidence of republication by Defendant Lozier to Quincy University officials: DENIED. The Court will allow evidence of Defendant Lozier's statement to Quincy University officials.

- Barring evidence of the newspaper story/coverage: the Court RESERVES on this issue.

- Barring evidence of republication of Plaintiff Holzgrafe at the tennis court: DENIED. The Court will allow evidence of Plaintiff Holzgrafe's republication at the tennis court after learning of the allegations.

Defendant's Second Motion in Limine: The Court GRANTS in part and DENIES in part this motion. The Court GRANTS as to barring evidence of medical bills and DENIES barring the testimony of Jim Prow as a witness.

Defendant's Third Motion in Limine: The Court GRANTS this motion without objection.

Defendant's Fourth Motion in Limine: The Court GRANTS this motion, with the understanding that witnesses may testify as to what they observed personally.

Defendant's Fifth Motion in Limine: The Court DENIES this motion.

Defendant's Sixth Motion in Limine: The Court DENIES this motion.

Defendant's Seventh Motion in Limine: The Court RESERVES on this motion.

### V.  Motion for Remote Testimony (d/e 156)

Plaintiff's Motion for Remote Testimony is GRANTED.

### VI.  Deposition Designations

The parties are encouraged to confer regarding the voluminous deposition designations and attempt to streamline before submission to the Court.

### VII. Jury Verdict Form

No proposed jury verdict form has been submitted. The Court DIRECTS each of the parties to file a proposed Jury Verdict form on or before March 12, 2024.

### VIII. Consent to Magistrate

The parties have each filed a consent to the magistrate judge selecting the jury (d/e 181, 182). Magistrate Judge McNaught will conduct jury selection and be provided the preliminary instructions when finalized.

**IT IS THEREFORE ORDERED:**

(1) **The Court DIRECTS the parties to file, on or before March 12, 2024, any suggested change to the "Summary of Case and Law" section of the Preliminary Instructions. Additionally, the parties are ordered to inform the Court whether their clients agree to the jury asking questions during witness testimony on or before March 12, 2024.**

(2) **The Court GRANTS in part and DENIES in part Plaintiff's Motions in Limine (d/e 157) as stated in the Court's Order.**

(3)     The Court GRANTS in part and DENIES in part Defendant's Motions in Limine (d/e 127, 159, 160) as stated in the Court's Order.

(4)     The Court GRANTS Plaintiff's Motion for Remote Testimony (d/e 156).

(5)     The Court DIRECTS each of the parties to file a proposed Jury Verdict Form on or before March 12, 2024.

(6)     The Parties Joint Motion for Protective Order (d/e 142) and Defendant's Motion for Leave to File Reply (d/e 133) are GRANTED for the reasons stated therein. The Clerk is DIRECTED to file the attached Joint Protective Order. (d/e 142-1).

**IT IS SO ORDERED.**
**ENTERED: March 5, 2024.**
**FOR THE COURT:**

                       */s/ Sue E. Myerscough*
                       **SUE E. MYERSCOUGH**
                       **UNITED STATES DISTRICT JUDGE**