IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

BRIAN HOLZGRAFE,

    Plaintiff,

vs.

    Case No.: 3:18-cv-3077-SEM-KLM

DANIEL R. LOZIER, II,

    Defendant.

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF ALL EVIDENCE

Defendant, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 50(a), moves for Judgment as a Matter of Law at the close of All Evidence and requests that this Court enter judgment as a matter of law in favor of Defendant and against Plaintiff on Plaintiff's claim(s) against Defendant. In support of such Motion, Defendant states as follows:

As to his claim for defamation, Plaintiff has failed to establish he has suffered any damage for such claim and therefore the Court should enter judgment in favor of Defendant and against Plaintiff. Without compensatory damages, the claim for punitive damages cannot stand and the Court should enter judgment in favor of Defendant and against Plaintiff. Further, Plaintiff has not established the elements necessary to prove a claim for punitive damages either under implied or actual malice. Implying malice is a violation of Defendant's constitutional rights and therefore the Court should require a finding of actual malice, which Plaintiff has not proved. Therefore, the Court should enter judgment in favor of Defendant and against Plaintiff

WHEREFORE, for the reasons stated above, Defendant respectfully requests this Court enter judgment as a matter of law in favor of Defendant and against Plaintiff on Plaintiff's claim(s) against Defendant as Plaintiff.

Motion for Judgment as a Matter of Law
Close of All Evidence

                              **McCAUSLAND BARRETT & BARTALOS P.C.**

                              */s/ Clinton S. Turley*
                              Clinton S. Turley              #6337390
                              225 South Meramec Avenue, Suite 325
                              Clayton, MO 63105
                              314-548-0300/FAX 314-639-9300
                              cturley@mbb-lawfirm.com
                              ATTORNEY FOR DEFENDANT
                              DANIEL R. LOZIER, II