We Cannot Hear!

We addressed this yesterday with no results.

Please consider this matter

Thank You


Jim Q

Who's idea was the $10,000,000 Lawsuit was it yours (Dan) only

Jury Q 2
Objected to & refused.

Can he repeat one more time please what happened when the relationship STARTED falling apart?

Thanks.

Jury Q3

How is Abbey's foot related to coach & you relationship? Relationship is between 2 people, you & coach, Abbey?

Jury Q4
objection to be
clarified on recross

July Q

Is he →witness certified or licensed to be a Tennis Coach?

Does witness have any training in identifying what courses to use for practice? Is witness qualified to evaluate and supervise Coach and his performance?

Do you like questioning? the authority?

Witness testifying to
his personal experience
as a player

Jury 06
objection sust'd

Does witness believe that Coaches should follow anyone's suggestions where and how to practice tennis? Should coaches follow directions administered by people without any qualifications?

Does witness believe he is entitled to share information publicly about someone else's personal life?

Jury @ 7 objection sust'd

In your opinion, what are tennis coach responsibilities?

Do they (tennis coaches) have the right to choose when, where, and how to practice tennis?

Jury Q 8 objection sustd

To Coach's Attorney:

Please,

would it be possible to repeat to hour many people Cindy talked & shared the info about coach having sex?

Thanks!

July @ 09
for Dep. of mrs.
Cindy Hizer
(over objection)

I need numbers please. Jury Q 10 / 10:19 M now

How many times per week did Coach use to attend before & after the incident? (accusation). Approximately.

Please list all activities he used to do + coach

what activities he STOPPED doing (affiliated with tennis)

Thanks!

Jury Q 11
Ti will ask

Question for the Coach:

Is there any data available/collected how many migraines per mouth before and After the incident with rumours? Thanks!

Tony @ 12
aversby

- When you approached Holzgraf about the allegation, while he was at your home helping you, how did he respond? what ~~did he~~ say?

July ⊕ 13

~~What a~~
~~Coaches educational~~
~~backgrounds?~~

How old is Coach?
For how many
years has Coach
been coaching
in all?
(within a lifespan)

— jw Coach —

Jury 14

Your Honor,

During jury selection, I made it very clear about extensive involvement with my son in the Springfield ~~scribbled~~ tennis community. Many places and a certain individual referenced are grossly involved in our lives. The individual has been a large part of our lives and a man, my family and I admire greatly. I have concerns of potential conflict, though his name was never brought up until today

Do you believe that the damage is irreversible?

*Tony Q15*

For Boos *

Is it possible to see the article(s) that were ~~published~~ published after Mr. Lozier filed his lawsuit against QU and Mr. Holzgrafs and the article from radio site?

Q 16.

No, They have not been admitted into evidence.

Just to clarify, what is the date of tennis match? Thanks.

Troy Q, 17