As to Count I – Defamation, we the jury find the total amount of damages suffered by Plaintiff, Brian Holzgrafe is $2,914,000.00, itemized as follows:

### General Damages

| | |
|---|---|
| impairment of personal and professional reputation | $1,000,000.00 |
| emotional distress, mental suffering, and personal humiliation | $1,000,000.00 |

### Special Damages

| | |
|---|---|
| Loss of wages, income, and benefits | $40,000.00 |

### Punitive Damages

$874,000.00



FILED
APR 1 1 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Signatures to follow on next page.*

s/ Foreperson
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____

s/ Juror
_____