# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| **BRIAN HOLZGRAFE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 18-3077 |
| ) | |
| **DANIEL R. LOZIER II** ) | |
| ) | |
| Defendant. ) | |

**FILED JUN 26 2024 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS**

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered on the verdict in favor of Plaintiff Brian Holzgrafe and against Defendant Daniel R. Lozier II.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded $2,040,000.00 in general and special damages. Plaintiff is awarded punitive damaes in the amount of $874,000.00 plus costs of the suit in the amount of $7,782.29.

**Dated: 6/26/2024**

s/ SEM

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge