**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **BRIAN HOLZGRAFE,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **No.:**  3:18-cv-03077-SEM-KLM |
| | ) | |
| **DANIEL R. LOZIER, II,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S NOTICE OF APPEAL**

NOTICE is hereby given that Defendant Daniel R. Lozier, II, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order (ECF No. 243) entered in this action on May 2, 2025.

**Dated:**  May 30, 2025

Respectfully submitted,

**DENTONS US LLP**

By: /s/ *Samuel Fifer*

Samuel Fifer (IL #803006)
Stephanie S. Abrutyn (DC #434072)
Harrison M. Rosenthal (KS #28894)


233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Phone: 312-876-8000
Fax: 312-876-7934
samuel.fifer@dentons.com
stephanie.abrutyn@dentons.com
harrison.rosenthal@dentons.com

*Counsel for Defendant, Daniel R. Lozier, II*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2025, the foregoing document was filed with the Clerk of the Court by operation of the Court's electronic filing system, which sent notification of such filing to the interested parties via electronic mail.

/s/ Samuel Fifer
*Counsel for Defendant, Daniel R. Lozier, II*

US_ACTIVE\130422882