# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**BRIAN HOLZGRAFE** )
)
    **Plaintiff,** )
)
    vs. )     **Case Number: 18-3077**
)
**DANIEL R. LOZIER II** )
)
    **Defendant.** )

### SECOND AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered on the verdict in favor of Plaintiff Brian Holzgrafe and against Defendant Daniel R. Lozier II as to Brian Holzgrafe's counterclaim.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 in Daniel Lozier's original complaint are dismissed with prejudice against Quincy University, Sam Lathrop, Christine Tracy, and Mark Bell, respectively. Counts 3 and 8 are dismissed without prejudice against Brian Holzgrafe. Count 10 is dismissed with prejudice against Brian Holzgrafe.

    Count 2 of Brian Holzgrafe's counterclaim is dismissed with prejudice against Daniel Lozier.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded $1,040,000.00 in general and special damages. Plaintiff is awarded punitive damages in the amount of $874,000.00 plus costs of the suit in the amount of $7,782.29.

**Dated: 6/5/2025**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:    s/ Sue E. Myerscough
                   Sue E. Myerscough
                   U.S. District Judge